IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-22463-FAM

ASHLEY HODSON,

      Plaintiff,

v.

MSC CRUISES, S.A.,

      Defendant.

_____/

## LOCAL RULE 56.1(a) STATEMENT OF MATERIAL FACTS
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1.      On September 1, 2019, Plaintiff was a fare paying passenger aboard the MSC Seaside. (Amended Complaint, ECF No. 6, at ¶ 13).

2.      On September 1, 2019, Plaintiff slipped and fell on the wet nosing of a step in a stairwell coming from the pool deck. (Deposition of Ashley Hodson attached hereto as "Composite Exhibit A" at p. 49/lines 5-19; 55-56/lines 21-25 and 1-3).

3.      Plaintiff notice water on the subject steps before she fell. *Id.* at pp. 58/lines 1-14. Plaintiff had not been down these particular steps before she fell. (*Id.* at p. 48/lines 2-17).

4.      Before she fell, Plaintiff saw passengers traversing the same staircase at the same time who were dripping water on the stairs from wet bathing suits. (*Id.*)

5.      Plaintiff did not know how long the water had been on the step. (*Id.* at pgs. 58-59/lines 9-25 and 1-12).

6.      There have been no prior substantially similar prior incidents involving passengers slipping on pool water on a step nosing either on the *Seaside* or its sister ship the *Seaview*.

(Deposition of Defendant's Corporate Representative, Jeff Ramos, attached as "Composite Exhibit B", at pages 23-24/lines 18-25 and 1-5).

7.      MSC did not build, design, install, or approve the subject step, aboard the MSC Seaside. (*Id.* at pg. 14/lines 22-25).

Dated: December 28, 2020
          Miami, Florida

Respectfully submitted:

**MALTZMAN & PARTNERS, P.A.**

By:      /s/ *T. Alexander Devine*
          Jeffrey B. Maltzman, Esq.
          Florida Bar No. 0048860
          jeffreym@maltzmanpartners.com
          Steve Holman, Esq.
          Florida Bar No. 547840
          steveh@maltzmanpartners.com
          T. Alexander Devine, Esq.
          Florida Bar No. 10052
          alexd@maltzmanpartners.com
          55 Miracle Mile Suite 300
          Coral Gables, Florida 33134
          Tel: 305-779-5665 / Fax: 305-779-5665

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 28th day of December 2020. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: /s/ *T. Alexander Devine*
T. Alexander Devine, Esq.

2

## SERVICE LIST
### CASE NO: 20-cv-22463-FAM

| | |
|---|---|
| Spencer Aronfeld, Esq.<br>aronfeld@aronfeld.com<br>Matthias M. Hayashi, Esq.<br>mhayashi@aronfeld.com<br>Abby H. Ivey, Esq.<br>aivey@aronfeld.com<br>ARONFELD TRIAL LAWYERS<br>1 Alhambra Plaza, Penthouse<br>Coral Gables, FL 33134<br>Phone: 305-441-0440<br>Fax: 305-441-0198<br>*Attorneys for Plaintiff* | Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>T. Alexander Devine, Esq.<br>alexd@maltzmanpartners.com<br>MALTZMAN & PARTNERS, P.A.<br>55 Miracle Mile, Suite 300<br>Coral Gables, FL  33134<br>Phone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Defendant* |