UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22463-CIV-MORENO**

ASHLEY HODSON,

        Plaintiff,

vs.

MSC CRUISES, S.A.,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO
COUNTS I, II, IV, V AND DENYING THE MOTION AS TO COUNTS III AND VI.**

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Summary Judgment, filed on **December 28, 2020**.  The Magistrate Judge filed a Report and Recommendation **(D.E. 107)** on **August 2, 2021**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation.  The Court notes that no objections have been filed and the time for doing so has passed.  Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Defendant's Motion for Summary Judgment is granted as to Counts I, II, IV, and V and denied as to Counts III and VI.  It is further

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of August 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman
Counsel of Record